April 7, 2006

Mr. Thomas M. Michel
Griffith, Jay, Michel & Moore, L.L.P.
2200 Forest Park Blvd.
Fort Worth, TX 76110

Ms. Heather Leah King
Law Offices of J. Stephen King & Heather L. King
2900 Airport Freeway
Fort Worth, TX 76111

RE: Case Number: 04-1040
 Court of Appeals Number: 02-04-00321-CV
 Trial Court Number: 322-299612-00

Style: IN RE KAREN MAYS-HOOPER

Dear Counsel:

 Today the Supreme Court of Texas (Justice Willett not sitting)
conditionally granted the petition for writ of mandamus, as reinstated, and
delivered the enclosed per curiam opinion in the above-referenced cause.
This Court's stay order issued November 19, 2004, is lifted.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk
Enclosures

|cc:|Ms. Stephanie Lavake |
| |Mr. Thomas A. Wilder |
| |Honorable Frank W. |
| |Sullivan |